IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CESAR RENOL CABA and EVELYN SAHAGUN CABA, <br><br>   Plaintiffs, <br><br> vs. <br><br> HOMESTREET BANK; DOES 1 THROUGH 20, INCLUSIVE, <br><br>   Defendants. | CV 21-00301 LEK-KJM |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on April 7, 2022 and served on all parties on April 8, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation Regarding Defendant Homestreet Bank's Affidavit of Counsel as to Attorneys' Fees and Costs", ECF No. 19, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 29, 2022.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge